# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. MILLER, | Case No.  1:21-cv-00176-BAM (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| COMMISSIONER OF THE STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*, | **FORTY-FIVE (45) DAY DEADLINE** |
| Defendants. | |

Plaintiff Kevin L. Miller ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  Plaintiff has not paid the $402.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   __February 16, 2021__        ____/s/ *Barbara A. McAuliffe*____
UNITED STATES MAGISTRATE JUDGE